UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES L. ROBINSON, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01452-JAD-NJK<br><br>**Order** |

    This case was initiated in this Court on diversity grounds.  *See* Docket No. 1.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1]  Plaintiffs' certificate of interested parties fails to identify citizenship attributed to any Plaintiff.  *See* Docket No. 10.

    Accordingly, Plaintiffs must file an amended certificate of interested parties by September 27, 2023, fully identifying the citizenship of every individual and entity attributed to them.

    IT IS SO ORDERED.

    Dated: September 20, 2023

                                                                 Nancy J. Koppe<br>
                                                                  United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.