# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES L. ROBINSON, et al., <br><br> Defendants. | Case No. 2:23-cv-01452-JAD-NJK <br><br> **Order** |

This case was initiated in this Court on diversity grounds. *See* Docket No. 1. On two separate instances the Court ordered Plaintiffs to file an amended certificate of interested parties to fully identify the citizenship of every individual and entity attributed to them. *See* Docket Nos. 11, 12. To date, Plaintiffs fail to fully identify the citizenship of any Plaintiff for the purpose of diversity jurisdiction. *See* Docket Nos. 10, 13.

The Court expects parties practicing before it to practice competently. To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] "An individual is a citizen of the state in which he is domiciled; domicile is determined by an individual's 1) residence in a state, and 2) his intent to remain indefinitely." *Boon v. Allstate Ins. Co.*, 229 F.Supp.2d 1016, 1019 (C.D. Cal. 2002) (citing *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001)). Here, Plaintiffs' amended certificate of interested parties fails to fully identify citizenship attributed to any Plaintiff. *See* Docket No. 13.

---

[1] This federal rule became effective on December 1, 2022.

Accordingly, Plaintiffs must file an amended certificate of interested parties by October 6, 2023, fully identifying the citizenship of every individual and entity attributed to them. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: October 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge