# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES L. ROBINSON, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01452-JAD-NJK <br><br> **Order** <br> [Docket No. 55] |

Pending before the Court is Plaintiffs' motion for the Court to set a discovery scheduling order. Docket No. 55. Plaintiffs submit that counsel has attempted to meet and confer with Defendant R-Three Technologies, Inc.'s counsel to file a joint proposed discovery plan, but Defendant's counsel has failed to respond. *Id*. at 2.

Accordingly, Plaintiffs' motion is **DENIED** without prejudice. Docket No. 55. Defendant's counsel must make herself available for a Rule 26(f) conference no later than April 22, 2025. The parties must file a joint discovery plan no later than April 24, 2025. **DEFENDANT'S COUNSEL'S FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: April 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1