# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, *et al.*, | Case No. 2:23-cv-01452-JAD-NJK |
| Plaintiffs, | |
| v. | **Order** |
| R-THREE TECHNOLOGIES, INC, | [Docket No. 59] |
| Defendant. | |

Pending before the Court is Defendant's proposed discovery plan. Docket No. 59.

On April 18, 2025, the Court ordered Defendant's counsel to make herself available for a Rule 26(f) conference and for the parties to file a joint proposed discovery plan by April 24, 2025. Docket No. 56. Defendant's counsel submits that she provided availability for the conference, that Plaintiffs' counsel never noticed any conference, and that she has received no communication from Plaintiffs' counsel. *See* Docket Nos. 57 at 1, 58 at 1.

Pursuant to Local Rule 26-1(a), the parties are to submit a stipulated discovery plan and scheduling order. Accordingly, Defendant's proposed discovery plan is **DENIED** without prejudice. Docket No. 59. Plaintiffs are **ORDERED** to contact Defendant and schedule the 26(f) conference no later than April 28, 2025. The parties must file a joint proposed discovery plan, no later than April 30, 2025. If Plaintiffs fail to contact Defendant, Defendant must file notice of said failure, no later than April 29, 2025. **THE FAILURE TO COMPLY OF ANY PARTY'S COUNSEL MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: April 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge