UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, *et al.*, | Case No. 2:23-cv-01452-JAD-NJK |
| Plaintiffs, | |
| v. | **Order** |
| R-THREE TECHNOLOGIES, INC, | |
| Defendant. | |

On April 25, 2025, the Court ordered Plaintiffs to contact Defendant, hold the Rule 26(f) conference, and file a joint proposed discovery plan, no later than April 30, 2025. Docket No. 60. If Plaintiffs failed to contact Defendant, Defendant was ordered to file notice of said failure, no later than April 29, 2025. *Id.* On April 29, 2025, Defendant's counsel filed a notice regarding her availability for the 26(f) conference. Docket No. 61. The notice is identical to the notice filed by Defendant's counsel on April 21, 2025, and includes dates that have already passed. *Compare* Docket Nos. 57, 61. Defendant's counsel is **ORDERED** to file notice regarding the status of the parties' Rule 26(f) conference, no later than May 2, 2025.

IT IS SO ORDERED.

Dated: May 1, 2025

_____
Nancy J. Koppe
United States Magistrate Judge