# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSCAR WILFREDO DE LEON, et al.,

    Plaintiffs,

v.

JAMES L. ROBINSON, et al.,

    Defendants.

Case No.: 2:23-cv-01452-JAD-NJK

**Order**

[Docket Nos. 67, 68]

On June 26, 2025, Plaintiffs filed a request for documents and a request for admissions. Docket Nos. 67, 68. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: June 27, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE