# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, *et al.*,<br>　　Plaintiffs,<br>v.<br>JAMES L ROBINSON, *et al.*,<br>　　Defendants. | Case No.: 2:23-cv-01452-JAD-NJK<br>**Order** |

Pending before the Court is a motion to withdraw as counsel for Defendant R-Three Technologies, Inc. filed by Allison R. Schmidt. Docket No. 70. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on August 22, 2025, in Courtroom 3C.

Unless and until the Court grants this motion, counsel of record for R-Three Technologies, Inc. remains its counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: July 28, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1