# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSCAR WILFREDO DE LEON, et al.,

    Plaintiff(s),

v.

JAMES L. ROBINSON, et al.,

    Defendant(s).

Case No. 2:23-cv-01452-JAD-NJK

**Order**

[Docket No. 70]

Pending before the Court is a renewed motion to withdraw as counsel for Defendant R-Three Technologies, Inc. Docket No. 70. No response has been filed. For good cause shown, the motion to withdraw is **GRANTED**. The hearing set on the motion is **VACATED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Defendant R-Three Technologies, Inc.'s last known address. *See* Docket No. 70 at 3.

Corporations cannot appear in federal court without licensed counsel. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). As such, Defendant R-Three Technologies, Inc. must retain counsel and have that counsel file a notice of appearance by September 17, 2025. <u>Failure to comply with this order may result in sanctions, up to and including case-dispositive sanctions</u>.

IT IS SO ORDERED.

Dated: August 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge