# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILFREDO DE LEON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES L. ROBINSON, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01452-JAD-NJK<br><br>**Order**<br><br>[Docket No. 73] |

Pending before the Court is Attorney Rulon J. Huntsman's motion to withdraw as counsel of record for Plaintiffs. Docket No. 73.

Any response must be filed no later than September 17, 2025. The Clerk's Office is **INSTRUCTED** to serve each Plaintiff at their respective addresses, as set forth in the motion. *See* Docket No. 73 at 2.

IT IS SO ORDERED.

Dated: September 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1