1
2
3

# UNITED STATES DISTRICT COURT

4
5

## DISTRICT OF NEVADA

6
7
8
9
10

OSCAR WILFREDO DE LEON, et al.,

    Plaintiffs,

v.

JAMES L. ROBINSON, et al.,

    Defendants.

Case No. 2:23-cv-01452-JAD-NJK

**Order**

[Docket No. 73]

11    Pending before the Court is Rulon J. Huntsman's motion to withdraw as counsel of record
12 for Plaintiffs.  Docket No. 73.  On September 3, 2025, the Court entered an order requiring that
13 any response be filed no later than September 17, 2025.  Docket No. 75.  Plaintiff Oscar Wilfredo
14 De Leon filed an objection to the motion.[1]  Docket No. 76.  Mr. Huntsman filed a response to
15 Plaintiff's objection.  Docket No. 77.

16    The Court hereby **SETS** the motion for a hearing on October 14, 2025, at 10:00 a.m. in
17 Courtroom 3C.  Mr. Huntsman is **ORDERED** to serve this order on Plaintiffs no later than October
18 3, 2025, and to file a certificate of service no later than October 6, 2025.

19    IT IS SO ORDERED.

20    Dated: September 30, 2025

21
22 _____
Nancy J. Koppe
United States Magistrate Judge

23
24
25
26
27
28

---

[1] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).