# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Oscar Wilfredo De Leon, et al., | Case No.: 2:23-cv-01452-JAD-NJK |
| Plaintiffs, | **ORDER** |
| v. | (Docket No. 102) |
| James L. Robinson, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Oscar De Leon's motion for status report. Docket No. 102.

Plaintiff cites to LR IA 7-1(a), which states that a "pro se party may send a letter to the court at the expiration of 90 days after any matter has been, or should have been, fully briefed if the court has not entered its written ruling[.]" Docket No. 102 at 1-2. Pursuant to that rule, Plaintiff requests a status update on his case. No matter in this case has been fully briefed for 90 days at this point.[1] *See* Docket. Further, the Court has a large number of actions pending before it and is unable to respond to individual inquiries regarding the status of particular cases. If parties keep the Court apprised of their current addresses, the parties will receive all Court decisions when they are entered.

Accordingly, the Court **DENIES** Plaintiff's motion. Docket No. 102.

IT IS SO ORDERED.

DATED: February 10, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Even if a matter had been fully briefed for 90 days, however, a motion for status update is not appropriate. Rather, the rule provides for a letter to be sent to the court in that instance. LR IA 7-1(a).